UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMY D. NOVAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-03018-TWP-MJD |
| ) | |
| SAGAMORE HOME MORTGAGE, LLC, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 20, 2018, the Court granted the Motion to Withdraw filed by counsel for Defendant Sagamore Home Mortgage, LLC. [Dkt. 47.] As a corporate entity, Sagamore Home Mortgage, LLC must be represented by counsel for this matter to proceed. *Nocula v. UGS Corp.*, 520 F.3d 719, 725 (7th Cir. 2008). Accordingly, the Court ordered Defendant Sagamore Home Mortgage to obtain new counsel and for such counsel to enter their appearance in this matter no later than March 19, 2018. [Dkt. 47 at 2.] If counsel did not appear by that date, the Court further ordered Defendant Sagamore Home Mortgage to show cause, by no later than March 20, 2018, why default should not be entered against it on Plaintiff's Complaint for Defendant's failure to appear to defend this action. *Id.*

To date, neither an appearance of new counsel nor a response to the Court's Order to Show Cause has been filed on behalf of Sagamore Home Mortgage, LLC. Consequently, the Magistrate Judge recommends the Court issue an Entry of Default against Defendant.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to

timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Dated: 21 MAR 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

SAGAMORE HOME MORTGAGE, LLC
2629 Waterfront Parkway East Drive
Suite 350
Indianapolis, IN 46214

Robert F. Hunt
HUNT HASSLER LORENZ & KONDRAS LLP
hunt@huntlawfirm.net

Robert Peter Kondras, Jr.
HUNT HASSLER KONDRAS & MILLER LLP
kondras@huntlawfirm.net